Company. S. H. Guggenheimer, for appellant. A. Gruber, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

HOUGHTON, J., dissents.

SCHUSTER v. REINER. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Jacob S. Schuster against Robert Reiner. No opinion. Motion granted, with $10 costs. Order filed.

SEALE, Respondent, v. ANSONIA CLOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Elizabeth Seale against the Ansonia Clock Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEARLE, Appellant, v. HALSTEAD & CO., Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Clifford N. Searle against Halstead & Co. P. B. Adams, for appellant. W. H. Wadhams, for respondent. No opinion. Order re-reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed. See, also, 115 N..Y. Supp. 405.

SEERS v. HAWES. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Proceeding by Clarence A. Seers against Elmer E. Hawes. No opinion. Motion granted, with $10 costs. Order filed.

SEYMOUR, Respondent, v. BENNETT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Harry M. Seymour against James A. Bennett and another. No opinion. Judgment and order unanimously affirmed, with costs.

SHANGRAW, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Melford Shangraw against the International Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., not sitting.

SHAW, Respondent, v. ROCHESTER, S. & E. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by Leander M. Shaw against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 115 N. Y. Supp. 1026.

SHIRLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department, June 4, 1909.) Action by Mary J. Shirley against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

SPRING and KRUSE, JJ., dissent.

SHULDINER, Respondent, v. BACH et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by David Shuldiner against Siegmund J. Bach and others. S. Kohn, for appellants. H. N. French, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements in each case. Orders filed.

SLADE et al., v. BENNETT. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Howard Slade and another against Elbert A. Bennett. No opinion. Motion denied, on terms stated in order. Order filed.

SMALL, Respondent, v. O'NEILL-ADAMS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Ella L. Small against the O'Neill-Adams Company. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.

SMATT, Appellant, v. STATEN ISLAND RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, First Department, May 14, 1909.) Action by Isabella Smatt, an infant, against the Staten Island Rapid Transit Railway Company. J. W. McElhinney, for appellant. L. H. Hall, for respondent.

PER CURIAM. Order reversed, and motion denied, without costs, with leave to plaintiff to renew said motion upon the proposed amended summons and complaint and such other papers as she may be advised. Order filed.

SMITH v. BRADLEY. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Appeal from Special Term, New York County. Action by Eliza J. Smith against William Bradley. From an order granting a motion for a bill of particulars, plaintiff appeals. Affirmed as modified. S. P. Cahill, for appellant. J. Frankenheimer, for respondent.

PER CURIAM. The order appealed from should be modified, by striking out paragraphs 9 and 10 of said order, by striking out the words "together with the dates upon which every such deprivation took place" from paragraph 13 thereof, and by striking out paragraphs 14 to 26 thereof, inclusive. As so modified, the order is affirmed, without costs.

SMITH, Respondent, v. STOKES et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by De Witt Smith against Thomas Stokes and another. No opinion. Interlocutory judgment affirmed, with costs.

SMITH & MABLEY, Inc., Respondent, v. MERCEDES IMPORT CO., Appellant. (Supreme Court, Appellate Division, First Department, May 14, 1909.) Action by Smith & Mabley, Incorporated, against the Mercedes Import